```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DIALLO WILLIAMS,

                      Plaintiff,

      - against -

CREDIT ONE BANK, NA,

                      Defendant.

-------------------------------------------------------------X

20-CV-8894 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed a letter advising that the parties have reached a resolution of this case and plan to file a stipulation of dismissal within 45 days. Accordingly, the pre-settlement conference call scheduled for February 25, 2021, and the settlement conference scheduled for March 16, 2021, are cancelled.

                                                    SO ORDERED.

                                                   _____
                                                   ROBERT W. LEHRBURGER
                                                   UNITED STATES MAGISTRATE JUDGE

Dated: February 19, 2021
         New York, New York

Copies transmitted this date to all counsel of record.